IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

COSTA HUGHLEY,

      Appellant,

v.                                        Case No.  5D17-2694

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed October 9, 2018

Appeal from the Circuit Court
for Orange County,
Marc L. Lubet, Judge.

James S. Purdy, Public Defender, and
Nicole  Joanne  Martingano, Assistant
Public Defender, Daytona Beach, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Marjorie Vincent-Tripp,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED. See Salazar v. State, 991 So. 2d 364, 372 (Fla. 2008); Levi v. State,

867 So. 2d 647 (Fla. 5th DCA 2004).


COHEN, C.J., HARRIS and GROSSHANS, JJ., concur.